

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/26/2007

| | | |
|---|---|---|
| IN RE: | § | |
| CYRUS II PARTNERSHIP, *et al* | § | CASE NO: 05-39857 |
|     Debtor(s) | § | |
| | § | CHAPTER 7 |
| | § | |
| RODNEY D TOW, *et al* | § | |
|     Plaintiff(s) | § | |
| | § | |
| VS. | § | ADVERSARY NO. 07-3301 |
| | § | |
| SCHUMANN RAFIZADEH, *et al* | § | |
|     Defendant(s) | § | |

## ORDER FOR SCHEDULING CONFERENCE

    1.  A conference will be conducted pursuant to Bankruptcy Rule 7016 at the United States Courthouse, 515 Rusk Avenue, Courtroom 404, 4th Floor, Houston, Texas, 75002, on **August 13, 2007 at 11:00 a.m.**

    2.  Plaintiff is to serve Defendant(s) with a copy of this Order within 3 days of its entry.

    3.  Not less than seven days prior to the conference, the parties shall file a joint report pursuant to Bankruptcy Rule 7026.

SIGNED 06/26/2007.

MARVIN ISGUR
United States Bankruptcy Judge