UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| CYRUS II, L.P., BAHAR DEVELOPMENT, INC., and MONDONA RAFIZADEH | § § § § | Jointly Admin. Under Case No. 05-39857-H1-7 |
| | § | (Chapter 7) |
| Debtors. | § § | |
| | § | |
| RODNEY D. TOW, AS THE CHAPTER 7 TRUSTEE, *ET AL*. | § § § § | Adversary Proceeding No. 07-3301 |
| Plaintiffs. | § § § | |
| v. | § § | |
| SCHUMANN RAFIZADEH, *ET AL*, | § § § | |
| Defendants. | § | |

**STIPULATION BY MONDONA RAFIZADEH TO A
"NOTICE ONLY" PRELIMINARY INJUNCTION HEARING**

Mondona Rafizadeh, Defendant ("Mondona") makes this Stipulation Regarding Plaintiffs' Motion for Preliminary Injunction, stipulating as follows:

1. Except for the issue of whether notice to Wellspring is sufficient and proper to justify an injunction, Mondona will not challenge the merits of whether the Court should issue the preliminary injunction against Wellspring Sourcing, Ltd. ("Wellspring") at the preliminary injunction hearing set for October 29, 2007 ("hearing"), and so long as no finding or ruling at the hearing, including the acceptance of evidence or testimony, binds her.

2. Therefore, by filing this Stipulation, Mondona does not concede that this Court has jurisdiction over Wellspring or that Wellspring has proper notice of the hearing, or that an injunction is proper. Mondona makes this Stipulation with the understanding (as repeatedly stated by the Court) that no findings made by this Court based on the hearing will bind Mondona

1198135v1

or preclude or affect her right to present any evidence during any subsequent trial, hearing or other proceeding.  Further, this Stipulation does not preclude Mondona from objecting to any evidence or testimony presented during the preliminary injunction hearing in any subsequent hearing, trial or other proceeding.

WHEREFORE, Mondona respectfully requests that this Court take notice of this Stipulation.

Respectfully submitted this 24th of October, 2007.

        WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By:  /s/  Hugh M. Ray, III
     EDWARD L. ROTHBERG
     State Bar No. 17313990
     HUGH M. RAY, III
     State Bar No. 24004246
     Eleven Greenway Plaza, Suite 1400
     Houston, TX 77046
     Telephone:   (713) 961-9045
     Facsimile:    (713) 961-5341

ATTORNEYS FOR MONDONA RAFIZADEH

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic mail and/or hand delivery, on the 24th day of October, 2007, on the following parties:

Gary Cruciani
Leonard A. Hirsch
Karen E. Sprole
Diamond McCarthy Taylor Finley & Lee LLP
1201 Elm Street, Suite 3400
Dallas, TX 75270

Kyung S. Lee
Jason M. Rudd
Clifford H. Walston
Two Houston Center
909 Fannin, Suite 1500
Houston, TX 77010
**Counsel for Chapter 7 Trustee**

Nan Roberts Eitel
Jones Walker Waechter Poitevent Carrère & Denègre, LLP
The Watergate
2600 Virginia Avenue, NW, Suite 1113
Washington, DC 20037
**Counsel for Orix Capital Markets, LLC,**

Ben B. Floyd
Randall A. Rios
Lynn Chuang Kramer
Munsch Hardt Kopf & Harr, PC
Bank of America Center
700 Louisiana, 46th Floor
Houston, TX 77002
**Counsel for Orix Capital Markets, LLC**

Stephen H. Kupperman
Barrasso Usdin Kupperman Freeman & Sarver, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, LA 70112
**Counsel for Rodrick L. Hughes and Main & Marietta, LP**

Andrew R. Harvin
Peter B. Wells
Doyle, Restrepo, Harvin & Robbins, LLP
JPMorgan Chase Tower
600 Travis Street, Suite 4700
Houston, TX 77002
**Counsel for Rodrick L. Hughes and Main & Marietta, LP**

Edward L. Rothberg
Hugh M. Ray, III
Weycer Kaplan Pulaski and Zuber PC
11 Greenway Plaza, Suite 1400
Houston, TX 77046-1104
**Counsel for Mondona Rafizadeh**

Jon P. Bohn
Bohn & Ducloux
806 Main Street, Suite 1411
Houston, TX 77002
**Counsel for Super Future Equities, Inc.**

Jeffrey Wayne Glass
8980 Lakes at 610 Drive, Suite 250
Houston, TX 77054
**Counsel for Azita Management**

   /s/  Hugh M. Ray, III
   Hugh M. Ray, III