IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CYRUS II, LP., | § | CASE I, 05-39857-h1-7 |
| BAHAR DEVELOPMENT, INC., and | § | (Jointly Administered) |
| MONDONA RAFIZADEH, | § | |
| Debtors. | § | Chapter 7 |
| | § | |
| RODNEY D. TOW, | § | |
| AS THE CHAPTER 7 TRUSTEE FOR | § | |
| CYRUS II, L.P., ET AL., | § | |
| | § | |
| Plaintiffs, | § | ADVERSARY PROCEEDING |
| | § | NO. 07-03301 |
| SCHUMANN RAFIZADEH, ET AL., | § | |
| | § | |
| Defendants. | § | |

## MOTION TO REDACT EXHIBITS

TO THE HONORABLE MARVIN ISGUR,
UNITED STATES BANKRUPTCY JUDGE:

  Wells Fargo Bank, N.A. ("Wells Fargo") files this Motion to Redact, requesting that certain exhibits filed with Wells Fargo's List of Exhibits and Potential Witnesses Offered in Support of Wells Fargo Bank, NA.'s Motion to Quash Subpoena, be redacted.

### I. Background

  1. On November 11, 2008, Wells Fargo filed its List of Exhibits and Potential Witnesses Offered in Support of Wells Fargo Bank, N.A.'s Motion to Quash Subpoena ("Exhibit List"). Due to an internal office miscommunication, copies of the exhibits were filed along with the Exhibit List.

_____

2. Among the documents filed were documents produced by Wells Fargo Bank, N.A., Bates labeled WF0001- WF0140. These documents were designated "Confidential" under the protective order in effect in this case.

## II. Relief Requested

3. The filing of these documents was in error. Accordingly, Wells Fargo requests that it be permitted to provide redacted versions of the exhibits and that the originals be replaced by the Clerk's office with the redacted versions.

        **ANDREWS KURTH LLP**

        By: /s/ *Basil A. Umari*
            Basil A. Umari
            State Bar No. 14028174
        600 Travis, Suite 4200
        Houston, Texas 77002
        713.220.3138 - Telephone
        713.220.4285 - Facsimile

        and

        Linda R. Stahl
        State Bar No. 00798525
        1717 Main Street
        Suite 3700
        Dallas, TX 75201
        214.659.4400 – Telephone
        214.639.4401 – Facsimile

        **COUNSEL FOR**
        **WELLS FARGO BANK, N.A.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the MOTION TO REDACT EXHIBITS has been served on November 12, 2008 to all counsel of record via e-mail at the e-mail addresses listed below and via facsimile to counsel at Bohn & Ducloux.

By:   */s/      Linda R. Stahl*
      Linda R. Stahl

Rodney Tow
TOW & KOENIG, PLLC
26219 Oak Ridge Drive
The Woodlands, Texas  77380
rtow@towkoenig.com
**Chapter 7 Trustee for the Estates of Cyrus II, LP, Bahar Development, Inc. and Mondona Rafizadeh**

Andrew R. Harvin
Peter B. Wells
DOYLE, RESTREPO, HARVIN & ROBBINS, LLP
JPMorgan Chase Tower
600 Travis Street, Suite 4700
Houston, Texas  77002
aharvin@drhrlaw.com
**Counsel for Rodrick L. Hughes and Main & Marietta, LP**

Gary Cruciani
Leonard A. Hirsh
DIAMOND MCCARTHY TAYLOR FINLEY & LEE LLP
1201 Elm Street, Suite 3400
Dallas, Texas  75270
lhirsch@diamondmccarthy.com
gcruciani@diamondmccarthy.com
**Counsel for Rodney Tow, Chapter 7 Trustee for the Estates of Cyrus II, LP, Bahar Development, Inc. and Mondona Rafizadeh**

Edward L. Rothberg
Hugh M. Ray, III
WEYCER KAPLAN PULASKI AND ZUBER PC
1400 Summit Tower
11 Greenway Plaza
Houston, Texas  77046
erothberg@wkpz.com
hray@wkpz.com
**Co-Counsel for Schumann Rafizadeh**

Kyung S. Lee
Jason M. Rudd
Clifford H. Walston
DIAMOND MCCARTHY TAYLOR FINLEY & LEE LLP
Two Houston Center - 909 Fannin, Suite 1500
Houston, Texas  77010
klee@diamondmccarthy.com
jrudd@diamondmccarthy.com
**Counsel for Rodney Tow, Chapter 7 Trustee for the Estates of Cyrus II, LP, Bahar Development, Inc. and Mondona Rafizadeh**

Jeffrey Wayne Glass
Attorney at Law
2401 Fountainview, Suite 1000
Houston, Texas  77057
jeff@jeffglasslaw.com
**Counsel for Azita Management, Inc. and Azita Berglund, Individually**

___

Barnet B. Skelton, Jr.
BARNET B. SKELTON, JR., PC
1111 Bagby Street, Suite 4700
Houston, Texas 77002
barnetbjr@msn.com
**Counsel for Universal Sourcing, LLC and Wellspring Sourcing Co., Limited**

Stephen H. Kupperman
BARRASSO USDIN KUPPERMAN FREEMAN & SARVER
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
skupperman@barrassousdin.com
**Counsel for Rodrick L. Hughes and Main & Marietta, LP**

Matthew Scott Okin
OKIN & ADAMS LLP
1113 Vine St., Suite 201
Houston, Texas 77002
mokin@okinadams.com
**Local Counsel for KeyCorp Real Estate Capital Markets, Inc.**

Robert J. E. Edwards
Amy E. Hatch
David D. Ferguson
POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
700 West 47th Street, Suite 1000
Kansas City, Missouri 64112
redwards@polsinelli.com
ahatch@polsinelli.com
dferguson@polsinelli.com
**Counsel for KeyCorp Real Estate Capital Markets, Inc.**

Jon P. Bohn
BOHN & DUCLOUX
806 Main Street, Suite 1411
Houston, Texas 77002
jonbohn@yahoo.com
**Counsel for Super Future Equities, Inc.**

Matt E. Rubin
2000 Bering Drive, Suite 909
Houston, TX 77057
mrubin@mrubinlaw.com
**OneWorld Future PTY, Ltd.**

John F. Higgins, IV
Thomas Andrew Woolley, III
PORTER & HEDGES LLP
1000 Main St, 36th Floor
Houston, Texas 77002-6336
jhiggins@porterhedges.com
twoolley@porterhedges.com
**Counsel for Schumann Rafizadeh, Flash Vos, Inc., United Rafizadeh Family, L.L.P., Rafizadeh LLC, MBA Services, Inc., HOOBI, LP, HOOBIGP, LLC, HOAPT, LP, HOAPTGP, LLC, COOB, LP, COOBGP, LLC, ATOB, LP, ATOBGP, LLC, KEYLD, LP, HEYLDGP, LLC, KEYUT, LP, KEYUTGP, LLC and KEOBGP, LLC**

___