UNITED STATES BANKRUPTCY COURT       SOUTHERN DISTRICT OF TEXAS

IN RE: § *(Chapter 7)*
§ *Jointly Administered*
CYRUS II PARTNERSHIP, BAHAR § CASE NO. 05-39857- *H2-7*
DEVELOPMENT, INC., and §
MONDONA RAFIZADEH, §
§

*RODNEY D. TOW, AS THE CHAPTER* §
*TRUSTEE FOR CYRUS II, L.P., ET AL.,* §
*Plaintiffs,* § ADVERSARY NO. 07-03301
*v.* §
*Schumann Rafizadeh, et al.,* §
*Defendants.* §

Bar Code No. 4:08CI0179

---

**DOCUMENT IS:**

☐  LOOSE IN FILE

☑  IN VAULT SEALED

☐  IN BROWN EXPANDABLE FOLDER


INSTRUMENT # *1038*