

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
01/15/2009

| | | |
|---|---|---|
| In re: § | | |
| CYRUS II, LP § | CASE NO. 05-39857-H1-7 | |
| BAHAR DEVELOPMENT, INC. § | (Jointly Administered) | |
| MONDONA RAFIZADEH, *ET AL.* § | | |
| § | | |
| Debtors. § | Chapter 7 | |
| § | | |
| RODNEY D. TOW, § | | |
| AS THE CHAPTER 7 TRUSTEE FOR § | | |
| CYRUS II, L.P., *ET AL.* § | | |
| § | | |
| Plaintiffs, § | ADVERSARY PROCEEDING | |
| § | NO. 07-03301 | |
| vs. § | | |
| § | | |
| SCHUMANN RAFIZADEH, *ET AL.*, § | | |
| § | | |
| Defendants. § | Doc. #889 | |

ORDER GRANTING CONSENT MOTION
FOR EXTENSIONS OF TIME FOR ALL PARTIES TO FILE
OBJECTIONS TO THE BANKRUPTCY COURT'S REPORT AND RECOMMENDATION
ON MOTIONS TO WITHDRAW REFERENCE AND FOR ALL PARTIES
TO FILE RESPONSES TO OBJECTIONS

On January 13, 2009, Plaintiffs filed a consent and unopposed motion memorializing the

agreement of all parties to extend the time for filing objections to the Bankruptcy Court's Report

MOOT.

motion should be GRANTED. It is, therefore

January 14, 2009

U. S. Bankruptcy Judge Marvin Isgur

{WD006653.1}