UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| CYRUS II, L.P., BAHAR DEVELOPMENT, INC., and MONDONA RAFIZADEH | § § § § | Jointly Admin. Under Case No. 05-39857-H1-7 (Chapter 7) |
| Debtors. | § § | |
| RODNEY D. TOW, AS THE CHAPTER 7 TRUSTEE, *ET AL*. | § § § | Adversary Proceeding No. 07-3301 |
| Plaintiffs. | § § § | |
| v. | § § | |
| SCHUMANN RAFIZADEH, *ET AL*, | § § § | |
| Defendants. | § | |

**SCHUMANN RAFIZADEH'S NOTICE OF FILING**
**(Relates to Docket #1057)**

Defendant and Counter-Claimant, Schumann Rafizadeh, gives notice that he filed a Motion for Extension of Submission Date in the United States District Court (Case No. 08-03691; Docket #10) regarding the Motion for Summary Judgment filed by Orix Capital Markets, LLC, Frizell Group International, Inc. and Frizell Group International, LLC (Adv. No. 07-3301; Docket #1057).

DATED:     January 30, 2009

Respectfully Submitted,

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.


By: ____/s/ *Hugh M. Ray, III*_____
      EDWARD L. ROTHBERG
      State Bar No. 17313990
      HUGH M. RAY, III
      State Bar No. 24004246
      Eleven Greenway Plaza, Suite 1400
      Houston, TX 77046
      Telephone:    (713) 961-9045
      Facsimile:    (713) 961-5341

ATTORNEYS SCHUMANN RAFIZADEH

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing was served by electronic mail and/or first class mail, postage prepaid, on January 30, 2009, on the following parties:

**Chapter 7 Trustee:**
Rodney Tow
Tow & Koenig, PLLC
26219 Oak Ridge Drive
The Woodlands TX 77380

**Chapter 7 Trustee's Counsel:**
Gary Cruciani
Leonard A. Hirsch
Karen E. Sprole
Diamond McCarthy Taylor Finley & Lee LLP
1201 Elm Street, Suite 3400
Dallas, TX 75270

Kyung S. Lee
Jason M. Rudd
Clifford H. Walston
Two Houston Center
909 Fannin, Suite 1500
Houston, TX 77010

**Counsel for Rodrick L. Hughes and Main & Marietta, LP:**
Stephen H. Kupperman
Barrasso Usdin Kupperman Freeman & Sarver, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, LA 70112

Andrew R. Harvin
Peter B. Wells
Doyle, Restrepo, Harvin & Robbins, LLP
JPMorgan Chase Tower
600 Travis Street, Suite 4700
Houston, TX 77002

**Counsel for Azita Management and Azita Berglund:**
Jeffrey Wayne Glass
8980 Lakes at 610 Drive, Suite 250
Houston, TX 77054

**Counsel for Universal Sourcing, LLC:**
Barnet B. Skelton, Jr.
Barnet B. Skelton, Jr., P.C.
1111 Bagby, 47th Floor
Houston, TX 77002

**Counsel for Super Future Equities, Inc.:**
Jon P. Bohn
Bohn & Ducloux
806 Main Street, Suite 1411
Houston, TX 77002

**Counsel for ORIX Capital Markets, LLC:**
Nan Roberts Eitel
Jones Walker Waechter Poitevent Carrère & Denègre, LLP
The Watergate
2600 Virginia Avenue, NW, Suite 1113
Washington, DC 20037

David C. Mattka
Munsch Hardt Kopf & Harr, PC
One American Center
600 Congress Avenue, Suite 2900
Austin, TX 78701-3057

Ben B. Floyd
Randall A. Rios
Lynn Chuang Kramer
Munsch Hardt Kopf & Harr, PC
Bank of America Center
700 Louisiana, 46th Floor
Houston, TX 77002

                                              */s/ Hugh M. Ray, III*
                                              HUGH M. RAY, III